No. 48537.—Protest 93058–K of Sorrentino & Co. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar· to the Provolone cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270,. C. D. 706) and that in liquidating, the collector, following T. D. 50435 and T. D. 50582 (3), allowed only 1 percent of the said net weight. Following C. D. 706,. *supra*, the collector was directed to allow 2½ percent instead of 1 percent on certain of the cheese in question.

No. 48538.—Protests 83407–K, etc., of J. Ossola Co., Inc., et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise in question· consists of cheese similar in all material respects to the Romano and Provolone· cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith the claim for an allowance of 2½ percent was sustained.

No. 48539.—Protests 93184–K, etc., of Moosalina Products Corp. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question consists of Provolone cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith and following Abstract 40880 the claim for an allowance of 2½ percent was sustained.

No. 48540.—Protests 648974–G, etc., of J. S. Hoffman Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that certain cheese is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706, and Abstract 42146). In accordance therewith an allowance of 2½ percent was made for the foreign substances covering the outside of the cheese. It was also found that an allowance by the collector should have been made in the net weight as reported by the weigher for the weight of the paper or foil, or both, with which certain cheese was wrapped, and which cheese was similar to that the subject of *Kraft-Phenix Cheese Corp.* v. *United States* (T. D. 47955). This claim was also sustained.

No. 48541.—Protest 75410–K of Robert C. Watson (Ogdensburg).

Opinion by KEEFE, J. The protest was dismissed.